50 A.3d 1254

Charles WILLIAMS, Appellant

v.

PENNSYLVANIA BOARD OF PROBATION AND PAROLE
and Department of Corrections, Appellees.

Supreme Court of Pennsylvania.

Aug. 20, 2012.

## ORDER

PER CURIAM.

AND NOW, this 20th day of August, 2012, the Order of the Commonwealth Court is AFFIRMED.